IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-40015-WDS |
| | ) | |
| JUSTIN D. BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is defendant's second motion to continue the trial and final pre-trial in this matter (Doc. 22). The trial is currently scheduled for July 10, 2007. The basis for the defendant's motion is that the defendant is in plea negotiations with the government and needs additional time to pursue those negotiations or to prepare for trial. In addition, defense counsel will be out of town from July 6 to July 23, 2007. The defendant represents that the government has no objection to this motion. The Court notes that the defendant previously executed a speedy trial waiver.

Upon review of the record, the Court **FINDS** that it is appropriate to continue the trial of this matter to allow the defendant additional time to pursue plea negotiations, and if there is not a plea, to adequately prepare for trial. The Court **FURTHER FINDS** that defense counsel has exercised due diligence in preparing for trial and that failure to grant a continuance in this matter would deny counsel for the defendant reasonable time necessary to prepare for trial, including the possibility of a plea. The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance, and that the interests of the public are outweighed by the

1

best interests of the defendant in a continuance.  18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion to continue the trial.  This matter is rescheduled for a final pre-trial conference on August 27, 2007, at 11:00 A.M. and trial on Tuesday, September 11, 2007, at 9:00 A.M.  All time between the filing of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: June 27, 2007.**

>                          **s/ WILLIAM D. STIEHL**
>                             **DISTRICT JUDGE**